*E-Filed 1/13/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EDWARD FOSTER, | No. C 15-4637 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| FOX, Warden, | |
| Respondent. | |

This federal habeas action is DISMISSED as duplicative of another action (15-4636). Petitioner's motion to proceed *in forma pauperis* (Docket No. 2) is GRANTED. The Clerk shall terminate Docket No. 2, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: January 13, 2016

RICHARD SEEBORG
United States District Judge